AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
4/27/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: TV  DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
04/27/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: KL  DEPUTY

United States of America

v.

EMIL AIRAPETIAN,

Defendant(s)

Case No.  2:23-mj-02078

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 22, 2023, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Olga Varouzian
Complainant's signature

Olga Varouzian, FBI Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 27, 2023

*[signature]*
Judge's signature

City and state: Los Angeles, California

Hon. Alicia G. Rosenberg, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**

I, Olga Varouzian, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Emil AIRAPETIAN ("AIRAPETIAN") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation's ("FBI") Eurasian Organized Crime Task Force and have been so employed since January 2018. As A TFO, I investigate organized crime and I am designated as the Terrorism Liaison Officer. In addition to being a TFO, I have also been a police officer with the City of Glendale for over 11 years. I began my career at the Los Angeles County Sheriff's Academy in 2011 and graduated in February of 2012. At the academy, I

received hundreds of hours of training pertaining to fraud investigations, burglary investigations, receiving and selling stolen property, threat investigations, and basic crime investigation techniques, including: the gathering of facts pertaining to the crime, basic report writing, interviewing techniques, and performing follow up investigations. I also learned how to gather and collect evidence for criminal prosecutions. After graduating from the academy, I was assigned to the Field Services Division, where I worked as a patrol officer for four and a half years. As a patrol officer, I responded to numerous calls for service regarding fraud, restraining order violations, residential burglaries, auto burglaries, domestic violence incidents, threat investigations, assault investigations, and traffic related incidents. In July 2016, I was transferred to the Burglary / Auto-Theft Detail where I investigated commercial burglaries, residential burglaries, vehicle burglaries, vandalism, and arson related incidents. In January 2018, I became a TFO with FBI.

### III. SUMMARY OF PROBABLE CAUSE

4. As depicted in surveillance footage, on April 22, 2023, AIRAPETIAN, a convicted felon, fired a stolen black Smith & Wesson .38 caliber revolver at Vardan Amolikyan ("Amolikyan") inside a Glendale restaurant. Amolikyan ultimately disarmed AIRAPETIAN and then shot AIRAPETIAN in the stomach. As police arrived at the scene, Amolikyan set the revolver down on a table. Police later recovered the firearm that AIRAPETIAN had possessed from the table.

## IV. STATEMENT OF PROBABLE CAUSE

5.  Based on my review of law enforcement reports and surveillance footage, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.  April 22, 2023 Brawl at Phoenicia Restaurant**

6.  On April 22, 2023, two men later identified as AIRAPETIAN and Allen Davtyan ("Davtyan") were sitting at a table on the outdoor patio at the Phoenicia Restaurant, located at 343 N. Central Ave. Glendale, California 91203.

7.  Based on my review of pertinent surveillance footage from the restaurant and reports from Glendale police, I know the following events are reflected in the Phoenicia Restaurant surveillance footage:

  a.  At approximately 12:54 a.m. (as based on the time stamp on the surveillance footage), a verbal altercation broke out between AIRAPETIAN and Davtyan, and a group of men seated at the table next to them.

  b.  The verbal altercation appeared to escalate, and both groups stood up from their seats and moved from dining patio toward the bar area.

  c.  After moving past the bar, Davtyan punched a man later identified as Amolikyan.  The group quickly separated Davtyan from Amolikyan, but then Amolikyan began fighting with AIRAPETIAN.

  d.  Amolikyan attempted to kick AIRAPETIAN.  That's when AIRAPETIAN produced a pistol from his waistband and fired a

round toward Amolikyan. The round missed and shattered a glass pane behind Amolikyan.

  e. Amolikyan and the rest of the group began to back away. As the group was backing away, AIRAPETIAN approached Amolikyan with the pistol in his right hand. Amolikyan then pushed a propane heater at AIRAPETIAN before charging at him. As Amolikyan reached for AIRAPETIAN's right arm, AIRAPETIAN fired a second shot toward the ground.

  f. While Amolikyan was wrestling the pistol away from AIRAPETIAN, Davtyan came up from behind and began punching Amolikyan.

  g. A brawl ensued as other members of the group joined the fight.

  h. Though not visible on the surveillance footage, it appears that a third shot may have been fired during this time because several members of the group can be seen momentarily recoiling before rejoining the fight.

  i. Amolikyan was eventually able to pull the revolver out of AIRAPETIAN's hand. After grabbing the revolver, Amolikyan pushed AIRAPETIAN to the ground and fired a shot at AIRAPETIAN's torso.

  j. Amolikyan pointed the revolver at AIRAPETIAN a second time, but was pushed away by members of the crowd before he could fire.

  k. Amolikyan then pointed the pistol toward Davtyan (who was also on the ground at that point) and fired a round.

Though the actual shooting is obscured on the surveillance footage, I know from my review of pertinent police reports and from my conversations with Glendale police that Daytyan suffered a gunshot wound to the shoulder that evening. Moreover, I am able to identify Daytyan's sneakers in the surveillance footage as Amolikyan stands above him holding the revolver.

l. About one minute later, Glendale police arrived on scene. By the time officers arrived, most of the individuals, including AIRAPETIAN, had left the restaurant. Amolikyan, however, did not flee from the restaurant.

8. Based on my review of pertinent police reports and conversations with Glendale police officers who responded to the restaurant that evening, I know that Amolikyan was arrested that evening and positively identified by his driver's license during booking.

9. Based on my review of pertinent police reports and discussions with other investigators, I know that officers from Glendale police were able to positively identify AIRAPETIAN on the surveillance footage based on prior contacts they have had with AIRAPETIAN. Additionally, I have compared surveillance footage of AIRAPETIAN to his California driver's license photograph and believe them to be a match. Finally, hospital admission records confirm that AIRAPETIAN was admitted to Huntington Memorial Hospital in Pasadena on April 22, 2023 with a gunshot wound to his stomach, which is consistent with surveillance footage showing AIRAPETIAN getting shot by Amolikyan near his torso.

10. Based on my review of the pertinent reports and discussions with other investigation, I know that Glendale police were also able to positively identify Davtyan on the surveillance footage based on prior contacts with Davtyan.

### B. Recovery and Identification of Firearm

11. As seen in the surveillance footage, Amolikyan, who was still holding the revolver after the altercation with AIRAPETIAN and Davtyan, set the revolver down on a table as Glendale police arrived on scene.

12. According to police reports, Glendale police ultimately recovered the revolver from the table where Amolikyan was seen setting it down.

13. Based on my review of the police reports, I know that the revolver is a Smith & Wesson model 442 Airweight, .38 Special caliber, with serial number DJJ3076, capable of holding five rounds of ammunition. Based on my investigation and my review of the surveillance footage, I believe all five rounds were discharged during the altercation inside the restaurant on April 22, 2023.

14. According to law enforcement databases, the revolver was reported stolen on June 21, 2020 by Los Angeles Sheriff's Department in Santa Clarita.

### C. Criminal History

15. On April 27, 2023, I reviewed certified conviction documents for AIRAPETIAN and learned that AIRAPETIAN has previously been convicted of the following felony crimes punishable by a term of imprisonment exceeding one year:

      a.  On or about September 16, 1999, a violation of California Penal Code § 245(a)(1): Assault with a Deadly Weapon, in the Superior Court for the State of California, County of Los Angeles, Case Number GA033565-01; and

      b.  On or about February 16, 2011, a violation of 18 U.S.C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy, in the United States District Court, Central District of California, Case Number CR 2:11-00072(A)-DDP(7).

    **D.**  **Interstate Nexus**

16.  On April 26, 2023, an ATF Interstate Nexus Expert examined the revolver and confirmed that the revolver was manufactured outside of the State of California.  Because the revolver was found in California, I believe that it has traveled in and affected interstate commerce.

## V.  <u>CONCLUSION</u>

17.  For all of the reasons described above, there is probable cause to believe that AIRAPETIAN has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

Attested to by the applicant
in accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this
27th day of April, 2023.

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE