1  E. MARTIN ESTRADA (Cal. Bar No. 223802)
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   HAVA MIRELL (Cal. Bar No. 311098)
4  DANIEL H. WEINER (Cal. Bar No. 329025)
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-2400
        Facsimile: (213) 894-0141
7       E-mail:    Martin.Estrada@usdoj.gov
                   Hava.Mirell@usdoj.gov
8                  Daniel.Weiner@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:23-cr-00243-RGK |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| EMIL AIRAPETIAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby advises the Court that the above-captioned case has been assigned to a new attorney:

| | Name | E-mail Address |
|---|---|---|
| Newly Assigned Attorney | E. Martin Estrada | martin.estrada@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned attorney, E. Martin Estrada, is associated with this case as attorney of record for plaintiff and that he receives all e-mails relating to filings in this case.

Dated: January 4, 2024                Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Martin Estrada*
E. MARTIN ESTRADA
United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA